(94 South. 927)

SMITH v. STATE. (6 Div. 108.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Grant Smith was convicted of grand larceny, and he appeals. Affirmed. Prosch & Prosch, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. This appellant was convicted in the Bessemer division of the circuit court of Jefferson county, Ala., for the offense of grand larceny, and was sentenced to an indeterminate term of imprisonment in the penitentiary for two to four years, and appeals.

This appeal is upon the record proper, there being no bill of exceptions. An examination of the record discloses that the proceedings were regular in all respects. No error appearing, the judgment appealed from is affirmed. Affirmed.